UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                   CRIMINAL ACTION

VERSUS                                                                      NO. 15-154

PRICE, ET AL.                                                              SECTION A(3)

## ORDER AND REASONS

Defendant Terrioues Owney moves to sever his trial from the trial of his co-defendants (Rec. Doc. 503). Owney moves to sever his trial based on Rule 14 of the Federal Rules of Criminal Procedure, which permits severance of a defendant's trial if joinder of the defendant "for trial appears to prejudice" him. Fed.R. Crim. Pro. 14(a). Owney argues that severance is necessary because certain rap lyrics and videos that are inadmissible against him are being admitted against his co-defendants, and the jury may "erroneously impute the evidence against" Owney. (Rec. Doc. 503-1, Pg.3).

The Government opposes Owney's motion to sever, asserting that Owney has failed to meet his burden of demonstrating the need for a severance. Given that other less drastic measures are available to the Court and that Owney's basis for a severance is possible prejudice caused merely by "three short rap videos and their lyrics," the Government contends that a severance is not appropriate. (Rec. Doc. 546, Pg.1)

Whether to sever a defendant's trial from the trial of his co-defendants is within the district court's discretion. *United States. v. Grapp*, 653 F.2d 189, 192 (5th Cir. 1981). When multiple defendants are indicted, the general rule is that "persons indicted together should be tried together," particularly in conspiracy cases. *United States v. Neal*, 27 F.3d 1035, 1045 (5th

Cir. 1994) (citing *United States v. Pofahl*, 990 F.2d 1456, 1483 (5th Cir. 1993)). Severance under Rule 14 is appropriate "only if there is a serious risk that a joint trial would compromise a specific trial right of one of the defendants, or prevent the jury from making a reliable judgment." *Zafiro v. United States*, 506 U.S. 534, 539 (1993). Even when there is a risk of prejudice, "less drastic measures, such as limiting instructions," often suffice to alleviate prejudicial risk. *Id.*

The motion is DENIED for the following reasons: Owney has failed to demonstrate a serious risk that a joint trial would compromise a specific trial right or prevent the jury from making a reliable judgment. The Court is persuaded that severance is not necessary to eliminate a possible risk of prejudice against Owney. Although certain rap lyrics are inadmissible against Owney but admissible against his co-defendants, the Court has other measures available to eliminate possible prejudice by the jury, such as limiting instructions. Given the general rule that defendants indicted together should be tried together and that other protective measures are available, defendant Terrioues Owney's motion to sever is denied.

Accordingly;

**IT IS ORDERED** that the **Motion to Sever (Rec. Doc. 503)** filed by defendant Terrioues Owney is **DENIED**.

August 29, 2016.

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE