UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-154 |
| PRICE, ET AL. | SECTION A(3) |

### ORDER AND REASONS

Defendant Terrioues Owney moves to suppress the cell site information for phone number (504) 373-8168 and all fruits of the information. Owney contends that the information was obtained without a court order or a warrant and therefore violates 18 U.S.C. § 2703(c)-(d) and the Fourth Amendment. The motion pertains specifically to data obtained between December 17, 2010 and December 21, 2010.

The motion is moot as to the § 2703(d) order. The Government promptly produced the correct § 2703(d) order when Owney filed his motion to suppress. Prior to the filing of the motion, another order had been produced in error.

The motion is denied as to the Fourth Amendment argument in light of *In re United States for Historical Cell Site Data*, 724 F.3d 600, 615 (5th Cir. 2013), which holds that § 2703(d) orders that do not rise to the level of the Fourth Amendment's probable cause standard are not per se unconstitutional. This decision is the law in this circuit until such time as the United States Supreme Court would declare otherwise.

Accordingly;

**IT IS ORDERED** that the **Motion to Suppress Cell Site Location Information (Rec. Doc. 512)** is **DENIED**.

August 29, 2016.

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE